STATE of Missouri, Respondent,

v.

Harry BUCKLES, Appellant.

Harry BUCKLES, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47259, WD 48590.

Missouri Court of Appeals,
Western District.

Aug. 2, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and SPINDEN, JJ.

*ORDER*

PER CURIAM.

Consolidated appeal from convictions of burglary in the first degree, two counts of robbery in the first degree, and two counts of armed criminal action, and from the denial of a Rule 29.15 postconviction motion.

The conviction is affirmed, Rule 30.25(b); the denial of the postconviction motion is affirmed, Rule 84.16(b).

---

■

In the Interest of W.R.A. and B.B.
Juvenile Officer, Respondent,

v.

R.B. (Natural Father), Appellant.

No. WD 47836.

Missouri Court of Appeals,
Western District.

Aug. 2, 1994.

Gerald F. McGonagle, Kansas City, for appellant.

Daniel G. Barry, Kansas City, for respondent.

Sandra J. Wirtel, Kansas City, for guardian ad litem.

Before ELLIS, P.J., and BERREY and SMART, JJ.

*ORDER*

PER CURIAM.

Appeal from an order terminating parental rights pursuant to § 211.447, RSMo 1986.

Affirmed. Rule 84.16(b).